# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| | |
|---|---|
| United States of America<br>v.<br><br>MANUEL OPPENHEIMER<br>*Defendant(s)* | )<br>)<br>) Case No. 3:20-mj-119<br>)<br>)<br>)<br>) |

## RULE 4.1 - CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 16, 2020__ in the county of __Mecklenburg__ in the __Western__ District of __North Carolina__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 2423(b) | Travel in interstate commerce with the purpose of engaging in illicit sexual conduct. |

This criminal complaint is based on these facts:

See attached affidavit.

☒ Continued on the attached sheet.

/s/ ALEXANDER HIRST
*Complainant's signature*

Alexander Hirst Special Agent FBI
*Printed name and title*

Sworn in accordance with Rule 4.1.

Signed: April 27, 2020

David S. Cayer
United States Magistrate Judge

Date: 04/27/2020

City and state: Charlotte, North Carolina

David Cayer, United States Magistrate Judge
*Printed name and title*