IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | DOCKET NO.: 3:20-mj-0119-DSC |
| v. | ) | |
| | ) | |
| MANUEL OPPENHEIMER | ) | |
| | ) | |

## ORDER

**THIS MATTER IS BEFORE THE COURT** on the Parties' "Joint Motion to Enlarge the Charging Period Under The Speedy Trial Act" (document #17) filed on September 11, 2020. For the reasons stated by counsel in support of the Motion, the Court finds that there is sufficient cause for a continuance of the indictment deadline in this matter. The Court further finds that the ends of justice are served by taking such action as set forth in the joint motion and in 18 U.S.C. § 3161(h)(7)(A).

**IT IS THEREFORE ORDERED** that the Joint Motion to Enlarge the Charging Period Under The Speedy Trial Act is GRANTED.

**IT IS FURTHER ORDERED** that the deadline for indictment of this matter shall be continued until no later than **NOVEMBER 27, 2020**; and that this Order remain sealed until further order of this Court. The Clerk is directed to certify copies of this order to counsel for the defendant, to the United States Attorney, the United States Marshals Service, and the United States Probation Office.

**SO ORDERED.**

Signed: September 14, 2020

David S. Cayer
United States Magistrate Judge