# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> v. <br><br> **MANUEL OPPENHEIMER,** <br> **Defendant.** | DOCKET NO. 3:20-mj-0119-DSC <br><br> **ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE** |

THIS MATTER is before the Court on Motion of the United States of America, by and through WILLIAM T. STETZER, Acting United States Attorney for the Western District of North Carolina, for an order to dismiss without prejudice the Criminal Complaint against Defendant Manuel Oppenheimer in the interests of justice.

For the reasons set forth in the Motion, the Court GRANTS the dismissal of the Criminal Complaint in the above-captioned case without prejudice.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshals Service, defense counsel and the United States Attorney's Office.

**SO ORDERED**.

Signed: April 16, 2021

_____
David S. Cayer
United States Magistrate Judge